United States District Court
Southern District of Texas
**ENTERED**
January 14, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| YUSIEL MENDEZ DIAZ, <br> Petitioner, | § <br> § <br> § | |
| v. | § | Civil Action No. 1:20-cv-00166 |
| | § | |
| WILLIAM BARR, ET AL., <br> Respondents. | § <br> § <br> § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 4). The R&R recommends the Court transfer Yusiel Mendez Diaz's "Petition for a Writ of Habeas Corpus Pursuant to 28 U. S. C. § 2241" (Dkt. No. 1) to the United States District Court, Northern District of Alabama, Middle Division.

Objections were due November 4, 2020. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

As a result, the District Court Clerk's office is **ORDERED** to transfer the present case to the United States District Court, Northern District of Alabama, Middle Division pursuant to 28 U. S. C. § 1631 and 28 U. S. C. § 2241(b).

Signed on this 13th day of January, 2021.

Rolando Olvera
United States District Judge