# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| YUSIEL MENDEZ DIAZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:21-cv-00057-MHH-SGC |
| MERRICK GARLAND, *et al.*, | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On March 19, 2021, the magistrate judge entered a report in which she recommended that the petition for writ of habeas corpus in this case, filed pursuant to 28 U.S.C. § 2241, be dismissed as moot based on the petitioner's March 12, 2021 release from custody on an order of recognizance. (Doc. 17). Although the parties were advised of their right to object, no party has filed objections.

Having reviewed the materials in the electronic record, the Court adopts the magistrate judge's report and accepts her recommendation. By separate order, the Court will dismiss this matter as moot.

**DONE** and **ORDERED** this April 20, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE